IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RONALD MacWHORTER,

    Plaintiff,

v.                                                      No. 18-cv-0225 CG/SMV

SAMUEL WRIGHT and
BOULDER CITY TOY BOX, LLC,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff has failed to take any steps on the record to prosecute his claims for more than 90 days. Plaintiff served Defendant Wright on April 28, 2018, [Doc. 3], but no further action is reflected on the docket. Accordingly, Plaintiff must show good cause within 30 days why his claims should not be dismissed without prejudice pursuant to D.N.M.LR-Civ. 41.1 (allowing for dismissal where the plaintiff takes no steps to move his case forward for 90 days).

**IT IS THEREFORE ORDERED** that Plaintiff show cause no later than **September 4, 2018**, why his claims should not be dismissed without prejudice for failure to prosecute pursuant to D.N.M.LR-Civ. 41.1.

**IT IS SO ORDERED**.

                                                                         _____
                                                                         **STEPHAN M. VIDMAR**
                                                                         **United States Magistrate Judge**